Albert C. Jordan, Appellant, v. Westchester Newspapers, Inc., Respondent. — Order granting defendant's motion to dismiss the complaint in an action for libel on the ground that it does not state facts sufficient to constitute a cause of action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

Louis Kaplowitz, as Administrator, etc., of Anna Kaplowitz, Deceased, Appellant, v. Brooklyn Bus Corporation and Another, Defendants; Max Orda, Respondent.—Appeal from order of substitution in so far as it awards the substituted attorney $2,500 out of the amount that may be collected and in so far as it directs that he have a lien for that amount. Order modified by adding thereto the words, " without prejudice to an application to the court for a reduction in the amount of the lien in the event that a recovery for less than $10,000 is had." As so modified, the order, in so far as appealed from, is affirmed, without costs. If less than $10,000 be recovered, an allowance of $2,500 would seem to be unfair and inequitable. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.

The Kings County Savings Bank, Respondent, v. Ida Kalik, Appellant, and The People of the State of New York and Others, Defendants.— Order denying motion to vacate an order appointing a receiver of rents in a foreclosure action affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ., concur.